IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 2:04cr35-MHT |
| | ) | (WO) |
| CHRISTOPHER BEDGOOD | ) | |

ORDER

Based on the evidence heard during the revocation hearing on the record today, it is ORDERED that defendant Christopher Bedgood is adjudicated guilty of the following violations in the revocation petition (doc. no. 77):

(1) Violation No. 1, as amended, that the defendant shall not commit another federal, state or local crime, in that, on August 16, 2018, he committed the offense of unlawful possession of a controlled substance, cocaine, in violation of 1975 Ala. Code § 13A-12-212(a)(1);

(2) Violation No. 2, that the defendant shall not commit another federal, state or local crime, in that

on August 16, 2018, he committed the offense of unlawful possession of marijuana in the first degree by possessing marijuana for personal use only after a prior conviction of possessing marijuana in the second degree, in violation of 1975 Ala. Code § 13A-12-213(a)(2).

(3) Violation No. 3, that the defendant shall not commit another federal, state or local crime, in that he committed the offense of possession of drug paraphernalia in violation of 1975 Ala. Code § 13A-12-260.

It is further ORDERED that Violation No. 4 is dismissed pursuant to the agreement of the parties.

It is further ORDERED that sentencing is set for November 30, 2018, at 8:00 a.m., in Courtroom 2FMJ, the Frank M. Johnson, Jr. United States Courthouse Complex, One Church.

DONE, this the 14th day of November, 2018.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**