IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )    CRIMINAL ACTION NO.
     v.                     )       2:04cr35-MHT
                            )          (WO)
CHRISTOPHER BEDGOOD         )
```

ORDER

Based on the representations made on the record on March 25, 2025, it is ORDERED that a final hearing on the petition for revocation of supervised release (Doc. 111) is set for May 8, 2025, at 10:00 a.m., in Courtroom 2FMJ of the Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama.

It is further ORDERED that position memoranda in response to the probation officer's supervised release violation report, including the sentencing options outlined therein and the terms of any plea agreement reached by the parties, are required and shall be filed, with any attachments, no later than noon on April 14, 2025, with copies served on opposing counsel

and the probation officer assigned to the case. Any exhibits--paper, physical evidence, and storage media--shall be filed no later than noon on April 14, 2025, with copies served on opposing counsel and the probation officer assigned to the case. Responsive memoranda are required and shall be filed no later than noon on April 16, 2025.

The clerk of the court is DIRECTED to provide a court reporter. If the defendant is in custody, the United States Marshal or the person having custody of the defendant shall produce the defendant for this proceeding.

DONE, this the 4th day of April, 2025.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE